IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KELLY MALLOY,
ADC #653946                                                                                          PLAINTIFF

v.                              Case No. 1:16-cv-00132 KGB/BD

JEFFREY BAUMGARDNER, *et al.*                                                              DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 16th day of October, 2017.

_____
Kristine G. Baker
United States District Judge